[No. 43794-1-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. SHANE
WATSON, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 98-1-01263-8, Linda C. Krese, J.,
entered December 2, 1998. *Affirmed* by unpublished per
curiam opinion.

[No. 43883-2-I.    Division One.    March 27, 2000.]

NANCY RICHARDS, *as Executrix, Appellant*, v. USAA,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 98-2-11651-0, Steven G. Scott, J., entered
December 11, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 43931-6-I.    Division One.    March 27, 2000.]

INDRA OZOLNIEKS-BURNELL, *Appellant*, v. STEVE BURNELL,
*Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 97-2-02915-5, J. Kathleen Learned, J., entered
December 3, 1998. *Affirmed* by unpublished per curiam
opinion.

[No. 44011-0-I.    Division One.    March 27, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. DEWAYNE LEE
HARRIS, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 98-1-04680-1, Marsha J. Pechman, J., entered
January 15, 1999. *Affirmed* by unpublished opinion per
Coleman, J., concurred in by Baker and Becker, JJ.